# Court of Appeals
# of the State of Georgia

ATLANTA, April 29, 2025

*The Court of Appeals hereby passes the following order*

**A25I0199. DAVID LORENZO ROSS v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24T11032



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, April 29, 2025.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*